

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1  NICHOLAS A. TRUTANICH
   United States Attorney
   Nevada State Bar Number 13644
2  MELANEE SMITH
   Assistant United States Attorney
3  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
   PHONE: (702) 388-6336
4  FAX: (702) 388-5087
   Melanee.Smith@usdoj.gov
   *Attorneys for the United States of America*
5



6                    **UNITED STATES DISTRICT COURT**
                          **DISTRICT OF NEVADA**

7  UNITED STATES OF AMERICA,              | **SEALED**
                                           | **CRIMINAL INDICTMENT**
                 Plaintiff,                |
8                                          | Case No.: 2:21-cr- 58
         vs.                               |
9                                          | **VIOLATIONS:**
   MATEO VAILON-RAMIREZ,                   |
                                           | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 846
10 JASMIN ARREDONDO,                       | – Conspiracy to Distribute a Controlled
                                           | Substance (Methamphetamine)
   MARIA BALTAZAR,                         |
11                                         | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) –
   MIGUEL FELIX-VALDEZ,                    | Distribution of a Controlled Substance
12                                         | (Methamphetamine)
   REY MUNOZ-AMBROCIO,                     | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) –
        aka "Mario Avila-Cruz,"            | Possession with Intent to Distribute a Controlled
13                                         | Substance (Methamphetamine)
   FRANCISCO TOSTADO, and                  |
                                           | 18 U.S.C. § 2 – Aiding and Abetting
14 CHRISTINA VASQUEZ,                      |
                                           |
15               Defendants.               |

16 **THE GRAND JURY CHARGES THAT:**

                              **COUNT ONE**
17          (Conspiracy to Distribute a Controlled Substance – Methamphetamine)

18 Beginning from a date unknown and continuing up to and including on or about

   January 26, 2021, in the State and Federal District of Nevada, and elsewhere,
19

1

MATEO VAILON-RAMIREZ,
JASMIN ARREDONDO,
MARIA BALTAZAR,
MIGUEL FELIX-VALDEZ,
REY MUNOZ-AMBROCIO,
aka "Mario Avila-Cruz,"
FRANCISCO TOSTADO, and
CHRISTINA VASQUEZ,

the defendants herein, did knowingly and intentionally combined, conspired, confederated and agreed with each other, and with other persons known and unknown to the grand jury, to distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii) and 846.

## COUNT TWO

(Distribution of a Controlled Substance—Methamphetamine)

On or about May 27, 2020, in the State and Federal District of Nevada,

MARIA BALTAZAR,

the defendant herein, did knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT THREE

(Distribution of a Controlled Substance—Methamphetamine)

On or about June 24, 2020, in the State and Federal District of Nevada,

MATEO VAILON-RAMIREZ, and
MIGUEL FELIX-VALDEZ,

the defendants herein, aiding and abetting one another, did knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT FOUR

(Distribution of a Controlled Substance—Methamphetamine)

On or about July 7, 2020, in the State and Federal District of Nevada,

**MATEO VAILON-RAMIREZ, and
REY MUNOZ-AMBROCIO,**
aka "Mario Avila-Cruz,"

the defendants herein, aiding and abetting one another, did knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT FIVE

(Possession with Intent to Distribute a Controlled Substance—Methamphetamine)

On or about November 19, 2020, in the State and Federal District of Nevada,

**MATEO VAILON-RAMIREZ,
MIGUEL FELIX-VALDEZ, and
CHRISTINA VASQUEZ,**

defendants herein, aiding and abetting one another, did knowingly and intentionally possess with

///
///
///
///
///
///
///
///
///

the intent to distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2.

DATED: this 16th day of February, 2021.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

NICHOLAS TRUTANICH
United States Attorney

By /s/
MELANEE SMITH
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

4